JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KAREEM BROWN,                          )     NO. CV 21-6604-DSF(E)
                                       )
                   Petitioner,         )
                                       )
        v.                             )              JUDGMENT
                                       )
R.C. JOHNSON, Warden,                  )
                                       )
                   Respondent.         )
                                       )
_____)

        Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


DATED:     January 18, 2022                    .


                                    _____
                                         DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE